NOVEMBER 17, 1975

No. 75–168. WHITEHEAD ET AL. *v.* WESTBROOK. Affirmed on appeal from D. C. W. D. Ark.